ADAMS, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| Felix Ysaac, | ) | |
|       Petitioner, | ) | CASE NO. 3:26CV01408 |
| | ) | |
|       V. | ) | |
| Acting Field Office Director of Enforcement | ) | |
| and Removal Operations, Detroit Field | ) | Judge John R. Adams |
| Office, Immigration and Customs | ) | |
| Enforcement, et al., | ) | **ORDER** |
| | ) | |
|       Respondents. | ) | |

Respondent shall answer and/or oppose the pending § 2241 petition by no later than 12:00 p.m. on July 1, 2026.  Absent further of this Court, Petitioner shall not be removed from this District.

IT IS SO ORDERED.

June 23, 2026 _____                                       _/s/John R. Adams_ _____

Date                                                        John R. Adams

U.S. District Judge