**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| FELIX YSAAC, | ) | CASE NO. 3:26-cv-01408 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(Resolving Doc. 5)** |
| KEVIN RAYCRAFT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

This case, which Petitioner Felix Ysaac initiated on June 20, 2026, challenged Petitioner's detention in Seneca County Jail in Tiffin, Ohio by the U.S. Immigration and Customs Enforcement.  Petitioner is a Haitian national who holds temporary protected status under 8 U.S.C. § 1254a.  Petitioner initiated this case under 28 U.S.C. § 2241.  (Doc. 1, 6/20/26)  The named Respondents are Kevin Raycraft, Director of the Detroit Field Office of ICE's Enforcement and Removal Operations division; Markwayne Mullin, the Secretary of the U.S. Department of Homeland Security; the U.S. Department of Homeland Security; David Venturella, the Acting Director of ICE; Todd Blanche, the Acting U.S. Attorney General; and Frederick Stevens, the Seneca County Sheriff and the Warden of the Seneca County Jail.  (Doc. 1, PageID #4-5)

Six days after filing his petition, Petitioner through counsel reported that he is no longer in the custody of Respondents.  (Doc. 5, PageID #136)  Accordingly, he

1

moves the Court to allow him to dismiss voluntarily his petition without prejudice.

Fed. R. Civ. P. 41(a)(1)(A)(i) permits a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The effect of such a notice is the dismissal of the case without prejudice unless the notice states otherwise. As of this order, none of the named Respondents has served either an answer or a motion for summary judgment. The Court has the authority to apply Fed. R. Civ. P. 41(a)(1)(A)(i) to Petitioner's case. *See* Rules Governing Section 2254 Cases in the United States District Courts, Rules 1(b) and 12.

Because the requirements of Fed. R. Civ. P. 41 have been met, the Court APPROVES Petitioner's notice of voluntary dismissal of all claims against Respondents without prejudice. Accordingly, this case is terminated.

IT IS SO ORDERED.


Dated: June 30, 2026                          /s/ John R. Adams
                                              JOHN R. ADAMS
                                              UNITED STATES DISTRICT JUDGE